IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUPONCABIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 09CV527 |
| v. ) | |
| ) | Honorable Harry D. Leinenweber |
| COUPON CHIEF, INC. ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to settlement agreement, CouponCabin, Inc. and Coupon Chief, Inc. (collectively herein the "Parties") agree to mutual dismissal with prejudice and without costs of all claims, counterclaims, and/or defenses which were or could have been alleged.

The Parties therefore request pursuant to Fed.R.Civ.P. 41(a)(1) that this Court enter an order dismissing this case consistent with the above terms and without costs or attorneys' fees to any party. The order of dismissal will resolve all pending claims in Civil Action No. 09 CV 27 and closes that case. A Proposed Order dismissing this case is submitted herewith.

/s/ Mark A. Borsos
Steven C. Schroer
Mark A. Borsos
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
Email: scschr@fitcheven.com
Email: mborsos@fitcheven.com

/s/ Matthew W. Walch
Matthew W. Walch
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: matthew.walch@lw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUPONCABIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 09CV527 |
| v. ) | |
| ) | Honorable Harry D. Leinenweber |
| COUPON CHIEF, INC. ) | |
| ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 and the stipulation of the parties, IT IS ORDERED:

(1) All claims, counterclaims, and/or defenses which were or could have been alleged in this action are hereby dismissed with prejudice;

(2) The parties shall each bear their respective costs and attorneys' fees; and

(3) This Order of Dismissal resolves all pending claims in Civil Action No. 09CV527 and closes that case.

Dated this _____ day of October, 2009

BY THE COURT:

_____
Honorable Harry D. Leinenweber
United States District Judge